UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-35-MOC-DCK-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Vs. | ORDER |
| **HALEEM CORNELIUS GILLILAND**, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue Docket Call Hearing, scheduled for June 21, 2021. (#54). Having considered the matter, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's Unopposed Motion to Continue Docket Call Hearing (#54) is **GRANTED**. The Clerk shall reschedule the docket call hearing to another appropriate hearing date.

Signed: June 17, 2021

Max O. Cogburn Jr
United States District Judge